Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

_____ Division

**FILED**

**JAN 0 6 2022**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| Jennifer Whitney Ali-kinney<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br>Jennifer Gillece Black ET al<br>~~OHIO DEPARTMENT OF REHABILITATION AND~~<br>CORRECTIONS Et Al<br>"See Attached"<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. **1:22 CV 0028**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

## JUDGE CALABRESE

## MAG. JUDGE RUIZ

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jennifer Whitney Ali-kinney |
| Street Address | 461 Kenwood Dr Unit T |
| City and County | Euclid Cuyahoga County |
| State and Zip Code | Ohio 44123 |
| Telephone Number | 440-596-0848 |
| E-mail Address | iamjhud1987@outlook.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

#2

| | |
|---|---|
| Name | The Ohio Department of Rehabilitation and Corrections |
| Job or Title *(if known)* | The Agency |
| Street Address | 4545 Fisher Rd |
| City and County | Columbus |
| State and Zip Code | Ohio Franklin County |
| Telephone Number | (614) 387-0588 |
| E-mail Address *(if known)* | Lindsay.sestile@odrc.state.oh.us |

#1  Defendant No. 2

| | |
|---|---|
| Name | Jennifer Gillece Black |
| Job or Title *(if known)* | Lorain Correctional Institute Warden |
| Street Address | 2075 Avon Belden Rd |
| City and County | Grafton Lorain County |
| State and Zip Code | Ohio. 44044 |
| Telephone Number | 440-316-4136 |
| E-mail Address *(if known)* | Jennifer.gillece@odrc.state.oh.us |

Defendant No. 3

| | |
|---|---|
| Name | Celina Hilton Gardenhire |
| Job or Title *(if known)* | Personal Director |
| Street Address | 2075 Avon Belden Rd |
| City and County | Grafton Lorain County |
| State and Zip Code | Ohio 44044 |
| Telephone Number | 440-316-4432 |
| E-mail Address *(if known)* | Celina.gardenhire@odrc.state.oh.us |

Defendant No. 4

| | |
|---|---|
| Name | George Hughes |
| Job or Title *(if known)* | Correctional Captain |
| Street Address | 2075 Avon Belden Rd |
| City and County | Grafton Lorain County |
| State and Zip Code | Ohio 44044 |
| Telephone Number | 330-690-2451 |
| E-mail Address *(if known)* | George.hughes@odrc.state.oh.us |

**Attachment**

**Defendant 5**

Name Tamara Derrico

Job or Title *Correctional Lieutenant*

Street Address 2075 Avon Belden Rd,

City and County Grafton Lorain County

State and Zip Code Ohio 44044

Telephone Number E-mail Address

**Defendant 6**

*Name Forrest Petz*

*Job or Title Correctional Lieutenant*

*Street Address*

*City and County* Grafton Lorain County

*State and Zip Code*

**Defendant 7**

*Name Orlando Diaz* *Correctional Lieutenant*

*Job or Title Correctional Lieutenant*

*Street Address* 2075 Avon Belden Rd,

*City and County* Grafton Lorain County

*State and Zip Code* Ohio 44044

### C.　Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Ohio Department of Rehabilitation and  Corrections |
| Street Address | 2075 Avon Belden Rd |
| City and County | Grafton Lorain County |
| State and Zip Code | Ohio 44044 |
| Telephone Number | (440) 748-1049 |

## II.　Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑　Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐　Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑　Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐　Other federal law *(specify the federal law)*:

☐　Relevant state law *(specify, if known)*:

☐　Relevant city or county law *(specify, if known)*:

### III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

(*Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*)

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)
July 10th 2021

C.     I believe that defendant(s) *(check one)*:
- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☑ gender/sex     Transgender Female
- ☑ religion     Hinduism
- ☐ national origin _____
- ☐ age *(year of birth)* _____  *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  Human immunodeficiency Virus
  _____

E.     The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See Attached # 3   *Titled  Complaint    4 pages*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
January 6th 2022

B.   The Equal Employment Opportunity Commission *(check one)*:

☑   has not issued a Notice of Right to Sue letter.

☐   issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. That she be awarded $2,500,000 damages sufficient to compensate her for her loss of earnings, past and future, and for her mental anguish and suffering; And to Make an Example out of the Defendant so that this doesn't happen to others
B. That she be awarded punitive damages pursuant to Federal Law and State Law;
C. That the defendant be ordered to reinstate plaintiff to her former position without loss of seniority or other benefits;
D. tHAT She be Granted Her Reasonable Accommodation Request
E. That any All Disciplinary actions or documents be Stricken from her Personal File in its entirety

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/06/2022

Signature of Plaintiff
Printed Name of Plaintiff    Jennifer w Ali-kinney

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Page 6 of 6

Print    Save As...    Add Attachment    Reset

**COMPLAINT**

1. This court has subject matter jurisdiction of this action pursuant to 42 U.S.C. § 2000e-5(F)(3).

2. Venue in this court is invoked pursuant to 28 U.S.C. 1391(b)(1), (2) and (3).

3. The plaintiff is a natural person who currently resides in Euclid , Ohio.

4. The defendant, Ohio Department of Rehabilitations and corrections , is a state Agency   with a place of business

located in Grafton Ohio, . Defendant's Attorney of Record  is Lindsay M Sestile 614-728-1922 Address: 4545 Fisher Road ,Suite D Columbus Ohio 43228

5. At all times material hereto, the defendant has operated a number of Correctional Institutions in Ohio.

6. Plaintiff Has been employed by defendant for six Months in July  6th , 2021. Her most recent position is as a Correctional Officer . She is Transgender,and has A medical condition decribed under the Americans with disability Act of 1979 as A Disbility.

7. At all times material hereto plaintiff performed her duties with the defendant in an exemplary, competent and more than adequate manner.

8. On or about January 5th , 2022 the defendant Agency gave the plaintiff an ultimatum to Resign or be  discharged  from her position.

9. Plaintiff presently remains fully capable of performing her  duties with defendant.

10. The Agencys defendant's course of conduct towards plaintiff in discharging her was motivated by impermissible factors, namely plaintiff's sexual orientation Gender Identity disability, and  in retaliation for plaintiff having complained for harassment and discrimination by co-workers, and would not have been so treated by defendant if she had not been Transgender,

And if she had not complained of harassment, all in violation of 42 U.S.C. Section 2000e-2, G.L. c. 151B Section 4, and 42 U.S.C. Section

12112.

11. On or about December  2nd , 2021 the plaintiff filed a complaint against defendant with the Equal Employment Opportunity Commission (EEOC) which complaint alleged

Negligent Supervision By Failing to ensure that Employees Are properly adhering to all company Policies ,regulations and safety standards Avoiding Wrongful Behaviors as well as Preventing wrongful Actions of other employees.

Supervisor Intimidation By verbally reprimanding me for performing essential duties I am required to perform. IE Writing Incident Reports

Religious Discrimination Failing to make reasonable adjustments to the work environment By refusing access to work space due to Religious Head covering and request To have it searched in private.Which caused Embarrassment ,public humiliation in the presence of my peers and lost pay.

Failing to Address Employee Work Place Gossip and disclosure of personal Gender identity status with other employees and Incarcerated Adults creating daily safety concerns and constant Transphobic behavior which is a direct result of unchecked work place Gossip in addition to detracting from productivity and creating an unprofessional work environment, gossip and personal attacks which is actionable as harassment.

Failing to Grant reasonable accommodations by waiver of ODRC Probationary Transfer and or Job Reassignment Policy Which resulted In further acts of Discrimination, Harassment Ultimately creating a Hostile Work Environment.

In July 2021 While on OJT(on the job training ) an officer approched my Coach Harsa and began making derogatory comments about transgender people stating that " they are letting these transexual freaks get whatever they want in here"he held up a piece of paper and it appeared to be a memo of some sort that he had found .

I immediately reported this to the Personel Director and she stated that she would find out the name of that officer and that she would address the comments made because it was unacceptable .

On August 5th 2021 Approximately 1:38pm an incident occured inwhich Mrs Ali-Kinney Sent an email to her personnel Director Celina Gardenhire in regards to Several Male and female officers making Disparging Remarks about Transgender people and LGBQT identified people . one of the officers i latter identified as Officer Brunner stated " its disgusting that these men are allowed to pretend to be women " other officers went on to say that they didn't like working in segregations because "the tranny freaks are in there " in conversation they said that it was disgusting and that " they are probably sucking each other off". at that moment i pulled Officer Randelman aside who was Laughing about it and i told her that it made me uncomfortable and i disclosed to her that i was transgender and that i was offended by the remarks .

2)

Between the Months of August 2021 through November 2021 The plaintiff Had several meetings with the personnel Director and  the Warden Jennifer Black about the ongoing harassment  that she has been subjected to by her coworkers .  she has expressed safety concerns due to the personnel director and coworkers disclosing to inmates  that she is transgender which has casued her to be harassed threatened and taunted with Transphobic and homophobic slurs on a daily bases  for her being transgender. given the nature of her position and her protected class status she feels unsafe at work.

On or About 10/01/2021 i had a conversation with Warden Jennifer black  in wchich she stated that  i worked in a prison and if i didn't think i could handle the things that were being said and done that i should reconsider my employment  rather than addressing the issues at hand she resulted to asking for my resignationwhcihc came off retaliatory discriminatory and threatening in nature thus violating Title VII OF THE CIVIL RIGHTS ACT OF 1964

On or about 10/10/2021 i submitted a request for reasonable accommodation accompanying a Drs Note disclosing that i have a medical disability protected under the Americans with disability Act of 1979  The request was to not be scheduled or mandated more than 12 hours per shift and to waive any policy in place that would prevent me from having access to FMLA before my 1 year.

On december 9th i returned a Reasonable accommodation  Packet that was provided to me by the institution  it had been completed by myself and my Medical Specialist Dr Sapick. As of the filing of this Complaint no accommodation has been been made and threats of Disciplinary actions have been made by the Warden and  Shift Supervisors.


Officer J. Ali-Kinney was discriminated on 30Nov2021. When Ali-Kinney requested accommodations due to her religion, Captain Hughes stated Ali-Kinney needed to remove her religious headwear in order to clear the metal detector. When she asked to have her hair privately inspected, Hughes stated, "No." When Ali-Kinney asked to leave until Hughes could find someone to help in the situation, Hughes stated, "Goodbye." According to Ali-Kinney's incident reports


On multiple Occasions  Captain Hughes her Shift Supervisor  has intimidated and threatened Ali-Kinney by stating, "I want my pound of flesh." "You need to chill out on shooting off all those incident reports." Incident reports (DRC1000) are used by the department and its employees to share what events occurred. Also, Union members have a duty to report "accident/incidents".  the actions and statements by Captain Hughes are discriminatory and threatening in nature thus violating Title VII OF THE CIVIL RIGHTS ACT OF 1964

3

Officer J. Ali-Kinney was intimidated, threatened, and discriminated on 30Nov2021.
When Ali-Kinney requested accommodations due to her religion, she was told by Mrs.
C. Gardenhire (Personnel), "This is not religious headwear, this is nothing but a scarf".
"You chose the wrong thing to ask for accommodations." She was threatened and
intimidated by Gardenhire when Ali-Kinney was told she would "call the chaplain" to
prove her wrong. While she was allowed to be inspected in private, Gardenhire stated,
"If you push this issue Jennifer, I'm going to take it to legal." Gardenhire then walked out
of the room and left the door wide open for all to see. Ali-Kinney had to rush to put her
religious headwear back on. Due to the event, with emotional distress, Ali-Kinney was
allowed to go home per the warden. In past practice, Lorain Correctional has privately
inspected religious female visitors' headwear with no issues. On 1Dec2021, Ali-Kinney
went to personnel to obtain a Time Clock Adjustment form. She was "bombarded" by
Gardenhire stating in front of Lt. Derrico, it "was simply a scarf" and "you are calling it a
turban." She also stated to Ali-Kinney, "You are self-destructive". Plaintiff believes the
events and statements are intimidating, discriminatory, and threatening in nature thus
violating Title VII OF THE CIVIL RIGHTS ACT OF 1964.

On December 11th an incident occured where as an inmate approched me and told me
that an officer that was working a constant watch with him told him (The Inmate) that i
was Transgender and a Man  the inmate went on to say that the officer disclosed to him
that i was out sick and even had a conversation about my name change which i had
never disclosed or used in convervation with an inmate  he along with several other
also knew my first name  which again i have never disclosed .

This was reported to the warden  and her response  was simply "i am investigating it
along with your other claims and i take this seriously.

that defendant Threatened to discharge plaintiff from employment on account of her
sexual orientation, and/or disability, and/or in retaliation for her complaint of harassment.

12. Plaintiff has exhausted all administrative remedies which are required to be
exhausted prior to her bringing or maintaining this action.

4)